IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia (MDL 875)

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) ) | Docket No. MDL 875<br>E.D. Pa. Case No. 2:13-cv-60013 |
| This Document Relates to: | ) ) | |
| Zickert v. Bayer Crop Science, Inc., et al.<br>Administrator for the purposes of this<br>Lawsuit on behalf of Decedent FRANK L.<br>ZICKERT, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BAYER CROP SCI. INC., et al., | ) ) | W.D. Wis. Case No. 3:13-cv-00250 |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Stephen D. Busch, Christopher E. Trible, and Samuel T. Towell of McGuireWoods, LLP, are withdrawing as attorneys of record for Weyerhaeuser Company and that counsel Walter Garner Watkins, III, Joshua J. Metcalf, and Tanya D. Ellis of Forman Perry Watkins Krutz & Tardy, LLP are substituting as counsel and hereby enter their appearance in this matter as counsel of record for Weyerhaeuser Company.

Respectfully submitted this the 6th day of September, 2013,

_____
Tanya D. Ellis (MS Bar No. 101525)

_____
Walter Garner Watkins, III (MS Bar No. 100314)

_____
Joshua J. Metcalf (MS Bar No. 100340)
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
200 South Lamar Street, Suite 100 (39201)
Post Office Box 22608 (39225-2608)

_____
Stephen D. Busch (VA Bar No. 19580)

_____
Christopher E. Trible /by sdb with consent
Christopher E. Trible (VA Bar No. 48847)

_____
Samuel T. Towell (VA Bar No. 71512)
MCGUIREWOODS, LLP
One James Center
901 E. Cary St.

Jackson, Mississippi
Telephone No: (601) 960-8600
Facsimile No.: (601) 960-8613
Email: ellistd@fpwk.com
Email: trey@fpwk.com
Email: metcalfjj@fpwk.com

Richmond, Virginia 23219
(804) 775-1000
(804) 775-1061 (facsimile)
Email: MDL875@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed Weyerhaeuser Company's Notice of Withdrawal and Substitution of Counsel with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will automatically send all necessary notifications of this filing to CM/ECF participants in this case and to the following:

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60647
Email: mcascino@cvlo.com
Attorney for Plaintiff

Brian O'Connor Watson
Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr. Ste 6600
Chicago, IL 60606
312-258-5500
Email: bwatson@schiffhardin.com
Email: ecasmere@schiffhardin.com
Attorney for Defendant Owens-Illinois Inc.

William P. Croke
Von Briesen & Roper PC
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
414-287-1422
Email: bcroke@vonbriesen.com
Attorney for Defendant Metropolitan Life Insurance Company

Matthew J. Fischer
Schiff Hardin & Waite
7200 Sears Tower
Chicago, IL 60606
312-258-5591
Email: mfischer@schiffhardin.com
Attorney for Defendant Owens-Illinois Inc.

Daniel A. Manna
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5300
414-319-7364
Email: dmanna@foley.com
Attorney for Defendant Bayer Crop Science, Inc.

/S/ Tanya D. Ellis

Tanya D. Ellis
Attorney for Defendant, Weyerhaeuser Company
Forman Perry Watkins Krutz & Tardy, LLP
200 South Lamar Street, Suite 100 (39201)
Post Office Box 22608 (39225-2608)
Telephone No: (601) 960-8600
Facsimile No.: (601) 960-8613
Email:  ellistd@fpwk.com