IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| **CINDY ZICKERT** | **PLAINTIFF** |
| v. | PA-ED Case No.: 2:13-CV-60013<br>*Trans. from WI-W Case No. 13-00250* |
| **BAYER CROP SCIENCE INC., ET AL.** | **DEFENDANTS** |

### NOTICE OF APPEARANCE

COMES NOW the undersigned, Jennifer M. Studebaker, studebakerjm@fpwk.com, of the law firm Forman Perry Watkins Krutz & Tardy LLP, and enters her appearance as counsel of record for Owens-Illinois, Inc. d/b/a O-I.

RESPECTFULLY SUBMITTED, this the 9th day of September 2013.

> Owens-Illinois, Inc. d/b/a O-I
> Defendant
>
> By:  /s/  Jennifer M. Studebaker
> JENNIFER M. STUDEBAKER (MSB #10433)

OF COUNSEL:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
200 South Lamar Street
Suite 100
Post Office Box 22608
Jackson, MS 39225-2608
Telephone:     (601) 960-8600
Facsimile:     (601) 960-8613

## CERTIFICATE OF SERVICE

I, Jennifer M. Studebaker, certify that on the 9th day of September 2013, caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all ECF participants.

        Respectfully submitted,

        /s/   Jennifer M. Studebaker
        JENNIFER M. STUDEBAKER (MSB#10433)