IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| This Scheduling Order Relates to: | : | E.D. Pa. Nos. |
| | : | |
| Jacobs v. Owens-Illinois Inc., et al. | : | 13-60011 |
| Zickert v. Bayer Crop Sci. Inc., et al. | : | 13-60013 |
| Helms v. A.W. Chesterton Co., et al. | : | 13-60018 |
| Heckel v. A.W. Chesterton Co., et al. | : | 13-60019 |

FILED
FEB 28 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## AMENDED SCHEDULING ORDER

**AND NOW**, this 27th day of February, 2014, upon consideration of the parties' joint petition to adjust the previous scheduling orders in these cases[1] by thirty days, it is hereby **ORDERED** that the joint petition is **GRANTED** and the scheduling orders are amended to reflect that[2]:

1. All fact discovery, including all fact witness depositions, shall be completed by **May 14, 2014**, except for testimony of family members, and treating physicians/medical providers.

2. Plaintiffs' expert reports must be served by **June 16, 2014**.[3]

3. Defendants' expert reports must be served by **July 16, 2014**.[4]

4. Rebuttal expert reports must be served by **July 31, 2014**.

5. All expert discovery must be completed by **August 15, 2014.**

6. Any dispositive motions must be filed by **September 15, 2014.**

---

[1] The previous scheduling orders may be found at: Jacobs, 13-60011 Doc. 49; Zickert, 13-60013 Doc. 20 Helms, 13-60018 Doc. 19; and Heckel, 13-60019 Doc. 20.

[2] All other provisions of the previous scheduling orders remain in effect.

[3] Expert reports relating to the reasonableness of costs of care, customary care, and economic loss need not be submitted by these deadlines. Plaintiffs and Defendants agree to address these issues after remand either by stipulation or by a mutually agreeable schedule for tendering of expert reports on these issues.

[4] See footnote 7.

1

7. Responses to any dispositive motions must be filed by **October 15, 2014**.

8. Replies to any dispositive motions must be filed by **October 30, 2014**.

9. If plaintiff believes a sur-reply is needed, he or she may file a motion for leave to file one, attaching the sur-reply as an exhibit, by **November 14, 2014**.

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE