IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| This Scheduling Order Relates to: | : | E.D. Pa. Nos. |
| | : | |
| Jacobs v. Owens-Illinois Inc., et al. | : | 13-60011 |
| Zickert v. Bayer Crop Sci. Inc., et al. | : | 13-60013 |
| Heckel v. A.W. Chesterton Co., et al. | : | 13-60019 |

**FILED**

APR 3 0 2014

MICHAEL E. KUNZ, Clerk

By_____Dep. Clerk

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, this 30th day of April, 2014, upon consideration of the parties' joint petition

to adjust the previous scheduling orders[1] by an additional thirty days, and in light of the on-going

and complicated discovery issues, it is hereby **ORDERED** that the joint petition is **GRANTED**[2]

and the scheduling orders are amended to reflect that[3]:

1. defendant Weyerhaeuser Company may file a reply to its "Motion for Return of Documents Improperly Obtained Outside Discovery, Including Privileged, Confidential and Proprietary Documents" (i.e. 13-60011 Doc. 63) **by May 15, 2014**.

2. All fact discovery, including all fact witness depositions, shall be completed by **June 16, 2014**, except for testimony of family members, and treating physicians/medical providers.

3. Plaintiffs' expert reports must be served by **July 16, 2014**.[4]

4. Defendants' expert reports must be served by **August 18, 2014**.[5]

---

1 The original scheduling orders were entered in these cases between October 28 and 31, 2013, (e.g. 13-60011 Doc. 49), and were amended, expanding the deadlines by one month, on February 27, 2014.  (E.g. 13-60011 Doc. 57).

2 The parties should be aware that, as this is the second amendment to these scheduling orders, it is unlikely that we would entertain additional amendments.

3 All other provisions of the previous scheduling orders remain in effect.

4 Expert reports relating to the reasonableness of costs of care, customary care, and economic loss need not be submitted by these deadlines. Plaintiffs and Defendants agree to address these issues after remand either by stipulation or by a mutually agreeable schedule for tendering of expert reports on these issues.

5  See footnote 4.

5.    Rebuttal expert reports must be served by **September 2, 2014**.

6.    All expert discovery must be completed by **September 17, 2014.**

7.    Any dispositive motions must be filed by **October 17, 2014**.

8.    Responses to any dispositive motions must be filed by **November 17, 2014**.

9.    Replies to any dispositive motions must be filed by **December 2, 2014**.


BY THE COURT:


DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

2